1
2
3
4
5
6
7
8
     UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
9
            AT SEATTLE

10     ALISON JOHNSON,                  CASE NO. C20-390 MJP

11                Plaintiff,          ORDER ON STIPULATED
                                MOTION TO REVISE CASE
12         v.                      SCHEDULE

13     GORDON R SCOTT,

14               Defendant.

15

16        The Court, having received and reviewed the Stipulation For Order Continuing Trial Date

17  and Amending Case Schedule (Dkt. No. 11), makes the following findings:

18        The motion contains insufficient facts to establish good cause for a continuance of the

19  trial date and for a revision of the case schedule. The Parties do not explain why mediation,

20  which is not required by the Court, necessarily interjects delay in this matter. The Parties also fail

21  to adequately explain what specific discovery cannot be conducted and completed before the

22  December 4, 2020 cut-off.

23        Therefore, IT IS ORDERED that the request to revise the existing case schedule is

24  DENIED without prejudice to bring a renewed motion which cures the defects noted above.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 2, 2020.

Marsha J. Pechman
United States District Judge