1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

| | |
|---|---|
| ALISON JOHNSON and RUSSELL JOHNSON,<br><br>                 Plaintiffs,<br><br>    v.<br><br>GORDON R SCOTT and JANE DOE SCOTT,<br><br>                Defendants. | CASE NO. C20-390 MJP<br><br>ORDER ON SECOND STIPULATED MOTION TO REVISE CASE SCHEDULE |

17    The Court, having received and reviewed the Second Stipulation For Order Continuing

18   Trial Date and Amending Case Schedule (Dkt. No. 13), makes the following findings:

19    Notwithstanding the Parties' claims that there have been no previous requests for a

20   continuance, (Dkt. No. 13 at 2, 4), the Court earlier denied the Parties' request to extend the case

21   and trial deadlines in this matter, (Dkt. No. 12). In ruling on the earlier stipulated motion, the

22   Court noted that the Parties failed to explain why non-mandatory mediation required

23   postponement of any case deadlines or what specific discovery could not be conducted and

24   completed before the December 4, 2020 cut-off. (Dkt. No. 12.)

ORDER ON SECOND STIPULATED MOTION TO REVISE CASE SCHEDULE - 1

1    While the Parties have supplied a modicum of additional detail relative to their first

2    request, they have not demonstrated good cause to extend the trial and other dates. But to provide

3    more time for the Rule 35 examination of Ms. Johnson, the Court finds good cause to extend

4    certain case deadlines, and ORDERS that the case schedule be amended as follows:

| | |
|---|---|
| JURY TRIAL DATE | May 3, 2021 (unchanged) |
| Reports from expert witness under FRCP 26(a)(2) due | November 2, 2020 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | December 2, 2020 |
| Discovery completed by | January 4, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d))<br><br>**Counsel are reminded of the requirement to provide courtesy copies of any motions with exhibits or other attachments exceeding 50 pages. Compliance with this requirement will facilitate timely consideration of your motion.** | February 4, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference. | March 29, 2021 (unchanged) |
| Agreed Pretrial order due | April 20, 2021 (unchanged) |
| Trial briefs, proposed voir dire questions, and proposed jury instructions: | April 20, 2021 (unchanged) |
| Pretrial Conference | April 22, 2021 at 1:30 PM (unchanged) |
| Length of Jury Trial | 8—10 days (unchanged) |

The clerk is ordered to provide copies of this order to all counsel.

Dated October 8, 2020.

_____

Marsha J. Pechman
United States District Judge

ORDER ON SECOND STIPULATED MOTION TO REVISE CASE SCHEDULE - 2