THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| ALISON JOHNSON and RUSSELL JOHNSON, wife and husband and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>GORDON R. SCOTT and JANE DOE SCOTT, husband and wife and the marital community composed thereof,<br><br>Defendants. | NO. 2:20-CV-00390-MJP<br><br>STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 9, 2021 |

## **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs Alison Johnson and Russell Johnson ("Plaintiffs") and Defendant Gordon R. Scott and Jane Doe Scott ("Defendants"), by and through their respective undersigned counsel of record, hereby stipulate that all claims of Plaintiffs in the above-captioned case shall be DISMISSED with prejudice, and without costs or attorneys' fees to any parties. Any and all claims that were brought or could have been brought have been fully settled by the parties outside of court.

///

///

STIPULATED MOTION FOR DISMISSIAL WITH PREJUDICE (CAUSE NO. 2:20-CV-00390-MJP) - Page 1

**HOLT WOODS &SCISCIANI LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

STIPULATED TO on this 9th day of February, 2021.

| ADLER GIERSCH, PS | HOLT WOODS & SCISCIANI LLP |
|---|---|
| *Arthur Leritz*<br>Arthur Leritz, WSBA No. 29344<br>Attorney for Plaintiffs | *s/ Kelsey L. Shewbert*<br>Kelsey L. Shewbert, WSBA No. 51412<br>Audrey C. Chambers, WSBA No. 53625<br>Attorneys for Defendants |

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Having reviewed the motion and relevant filings, the Court finds good cause to grant the motion. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss with prejudice is **GRANTED**.

2. Each party will bear its own attorneys' fees and costs.

DATED this February 9, 2021

Marsha J. Pechman
United States District Judge